

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00520-CV

**IN THE INTEREST OF N.R.T, C.C.T., A.T., CHILDREN,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Request for Rehearing or En Banc Reconsideration is hereby GRANTED. Time is extended to February 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court